

# New Account Form & Sales Agreement
## All information required prior to first shipment

Ok for Sales Rep to place orders?  (   ) Yes  (   ) No

Do you require a PO with each order?  (   ) Yes  (   ) No

What email address should be copied on orders?

_____

Distributor: _____

Sales Rep Name: _____

Sales Rep Email: _____

Sales Rep Cell: _____

Provider Name: _____

Tax ID Number: _____

Practice Name: _____

Ship To: _____   City: _____   State: _____  Zip: _____

Alternate Ship To: _____   City: _____   State: _____  Zip: _____

*If Mobile Practice, attach Mobile Provider Ship-To Address List*

Bill To:  _____   City: _____   State: _____  Zip: _____

**Primary Contact Name**: _____  **Phone**: _____  **Email**: _____

Practice Phone: _____  Fax: _____  Email:_____

Group NPI: _____   PTAN: _____   NPI/PTAN Address: _____

AP Contact Name: _____   Phone:_____  Email: _____

**Biller Contact Name**: _____   **Phone**:_____   **Email**: _____

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Email form to Support@wmccares.com

Authorized Signatory Initials: _____

**EXHIBIT A**



**SALES AGREEMENT**

**By its signature below to this application for credit, Applicant hereby agrees to be bound by the terms and conditions of sale set forth at** venturemedical1.com/terms **as they may be updated from time to time. As a component of its application for credit to Venture Medical, LLC ("Venture"), Applicant represents, warrants and/or covenants all of the following:**

1.  Applicant shall be authorized to purchase only those products listed on <u>Schedule A</u> to this Sales Agreement, for the listed prices. **REBATES AND DISCOUNTS ON PRODUCTS REIMBURSED BY MEDICARE ARE PROHIBITED BY FEDERAL LAW.** Venture may update Schedule A from time to time to add or remove products and update pricing. Applicant will pay for all items purchased and services rendered in accordance with the terms and conditions established by Venture. Absent any written agreement to the contrary signed by both Applicant and Venture, payments for all purchases are due on receipt of initial reimbursement payment from Medicare or private insurance and past due 45 days after invoice date.

2.  Applicant will make payments by method satisfactory to Venture. ACH is the preferred method of payment. Applicant will pay a late payment charge of 1.5% per month or the maximum rate permitted by law, whichever is lower, until paid in full on any amount not paid when due. Applicant will promptly reimburse Venture for all losses, costs, attorney's fees or other expenses incurred as a result of Applicant's failure to comply with the terms of this agreement. Failure or delay by Venture to bill for any such late payment or other charge or expense shall not waive or otherwise affect Venture's right to collect these charges.

3.  Applicant understands and agrees that Venture reserves the right at all times to limit or terminate the extension of credit to Applicant, to modify its terms of sale from time to time, or both.

4.  All information provided in the Application attached to this Sales Agreement or otherwise provided by or on behalf of Applicant to Venture is true and correct and is being furnished for the purpose of obtaining/retaining credit from Venture. When requested, Applicant will promptly provide Venture with current financial statements and/or tax returns, with all notes and schedules.

5.  Prior to the initial transmission of any Personal Health Information (as defined under HIPAA) from Applicant to Venture, the parties will enter into a Business Associate Agreement ("BAA"), which BAA may be updated from time to time on reasonable request of either party.

**Applicant authorizes Venture Medical, LLC, to contact any source necessary to determine Applicant's creditworthiness. Applicant represents and warrants that this application has been executed by its authorized representative.**

**Applicant Company Name:** _____ **Date:** _____

**Authorized Signatory Name:** _____ **Title:** _____

**Authorized Signatory Signature:** _____

Authorized Signatory Initials: _____



## Schedule A

| Brand | SKU | Description | Price |
|---|---|---|---|
| AmnioWrap2 | AW2-0202 | 2 x 2 cm | $4,072.00 |
| AmnioWrap2 | AW2-0204 | 2 x 4 cm | $8,144.00 |
| AmnioWrap2 | AW2-0303 | 3 x 3 cm | $9,162.00 |
| AmnioWrap2 | AW2-0404 | 4 x 4 cm | $16,288.00 |
| AmnioWrap2 | AW2-0406 | 4 x 6 cm | $24,432.00 |
| AmnioWrap2 | AW2-0408 | 4 x 8 cm | $32,576.00 |

Authorized Signatory Initials: _____